IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| WATERKEEPER ALLIANCE, ET AL.<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>*Respondents*. | No. 23-636 |

## UNOPPOSED MOTION FOR EXTENSION

Respondent EPA respectfully requests a 30-day extension of the deadline for all parties to file motions for rehearing under Federal Rule of Appellate Procedure 40(d)(1), from August 2, 2025 to September 1, 2025. An extension is necessary for briefing to and review by the EPA and the Department of Justice on whether to request rehearing. The requested extension is also necessary because EPA's litigation counsel left the Justice Department, and undersigned counsel was only recently assigned to this matter.

The requested extension is modest and will not prejudice any party or overly delay resolution of this case. Neither Petitioners nor Intervenors oppose this request.

EPA accordingly requests a 30-day extension of the deadline to file motions for rehearing.

                                              Respectfully submitted,

Dated: July 8, 2025                ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

/s/ Kristen Sarna
KRISTEN SARNA
U.S. Department of Justice
Of Counsel:                          Environment and Natural Resources Division
Environmental Defense Section
KRISTA HUGHES              P.O. Box 7611
U.S. Environmental Protection Agency   Washington, DC 20044-7611
Office of General Counsel          Tel: (202) 532-3315
Washington, DC                  Kristen.sarna@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 122 words according to the count of Microsoft Word, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally-spaced font, and is double-spaced, except for headings, block quotes, and footnotes.

Dated: July 8, 2025                         */s/ Kristen Sarna*
                                                          KRISTEN SARNA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Dated: July 8, 2025             */s/ Kristen Sarna*
                                             KRISTEN SARNA