UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JAN 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WATERKEEPER ALLIANCE; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator of the United States Environmental Protection Agency, <br><br> Respondents, <br><br> ---------------------------------------- <br><br> AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, <br><br> Intervenors. | No. 23-636 <br><br> Agency No. EPA-HQ-OW2018-0618 <br> Environmental Protection Agency <br><br> MANDATE |

The judgment of this Court, entered June 18, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT